IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK EDWARD SMITH, | : | Civil No. 3:22-cv-1991 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| GEORGE M. LITTLE, et al., | : | |
| Respondents | : | |

FILED
SCRANTON
JAN 23 2023
PER _____ DEPUTY CLERK

## ORDER

**AND NOW**, this 23rd day of January, 2023, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge